UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

EDWARD LUBIN                                      Case No. 8:23-bk-03168-RCT
                                                  Chapter 11
    Debtor.
_____/

### DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

EDWARD LUBIN ("**Debtor**"), pursuant to Local Rule 2081-1, files its Chapter 11 Case Management Summary (the "**Summary**").  For the Summary, the Debtor states the following:

**I.      Description of Debtor's Business**

The Debtor is a physician.  The Debtor is board certified in anesthesia, pain medicine, and addiction medicine.  The Debtor is currently employed by Tampa Pain Relief Centers, Inc. in Tampa, Florida.

**II.     Location of Debtor's Operations and Whether Leased or Owned**

The Debtor and his spouse, who is a non-debtor, own their primary residence located at 12524 Blazing Star Drive, Tampa, FL 33626 ("**Homestead**").

**III.    Reasons for Filing Chapter 11**

The Debtor filed this Chapter 11 case in order to treat all creditors fairly and equitably.

The Debtor is a defendant in pending litigation filed by the United States of America in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:21-cv-02231-TPB-CPT, titled *United States of America vs. Edward Lubin*.  The Debtor vehemently disputes the allegations in this lawsuit.

After evaluating alternatives, the Debtor determined that a Subchapter V Chapter 11 filing would provide a venue in which to effectively address his current debts and best serve the interests of his creditors. The Debtor will utilize the Chapter 11 process to reorganize his financial affairs and make distributions to creditors efficiently and effectively.

IV. **List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing**

Given that the Debtor is an individual, this section is nonapplicable in this case.

V. **Debtor's Annual Gross Revenues**

The Debtor's gross income for the year ending December 31, 2022 is approximately $594,294.00. The Debtor's year to date gross income for 2023 is approximately $381,000.00.

VI. **Amounts Owed to Various Classes of Creditors**

The Debtor owes the following creditors. The Debtor reserves all rights, claims, defenses, objections, and remedies with respect to all claims asserted or filed by creditors.

**Secured Claims:**

PNC Bank holds a first mortgage encumbering the Debtor's Homestead in the amount of approximately $436,046.91.

Southeast Toyota Finance holds a secured claim encumbering the Debtor's 2019 Toyota Camry in the amount of approximately $6,944.59.

**Priority Claims:**

The Debtor is not aware of any priority claims.

**Unsecured Claims:**

The Debtor's unsecured creditors include disputed claims in litigation and credit card debt. The Debtor reserves the right to object to claims.

VII. **General Description and Approximate Value of Debtor's Current Fixed Assets**

The Debtor's primary asset is his Homestead which has a value of approximately $505,567.00. The Debtor's other assets include three (3) cars and typical household goods and furnishings. The Debtor reserves all rights, claims, defenses, objections, and remedies with respect to the value of the assets.

**VIII.** **Number of Employees and Amounts of Wages Owed as of Petition Date**

Given that the Debtor is an individual, this section is nonapplicable in this case.

**IX.** **Status of Debtor' Payroll and Sales Tax Obligations**

The Debtor is not aware of any tax obligations.

**X.** **Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date**

The Debtor is not aware of any emergency relief required within the 14 days of the Petition Date.

**XI.** **Debtor' Strategic Objectives**.

The Debtor intends to utilize the Subchapter V filing to reorganize his financial affairs and pay creditors over time.

WHEREFORE, the Debtor respectfully submits the foregoing as its Case Management Summary.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Case Management Summary has been furnished on July 31, 2023, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN 014612)
Johnson Pope Bokor Ruppel & Burns, LLP
401 E Jackson Street, Ste. 3100
Tampa, Florida 33602
Telephone: (813) 225-2500
Email: edwardp@jpfirm.com
Attorneys for Debtor